## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.

MAURIZIO SOLE FESTA, an individual
Resident of Florida, and
Alexis Fernandez, an Individual
Resident of Florida,                                    **JURY TRIAL DEMANDED**

      Plaintiffs,

      v.

Shenzhen Arashi Vision Company, Ltd., a
Chinese Company residing in Shenzhen, China.

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Maurizio Sole Festa and Alexis Fernandez ("Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P., hereby sue Defendant Shenzhen Arashi Vision Company, Ltd ("Arashi"), A Chinese Foreign Company and allege as follows:

## I.
## NATURE OF ACTION

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq.*

2. Plaintiffs are informed and believe, and thereupon allege, that Defendant has and is infringing claims of U.S. Patent No. 10,122, 918 (hereinafter the "918 Patent"), a copy of which is attached, see Exhibit "A".

## II.
## THE PARTIES

3.  Plaintiff Maurizio Sole Festa is an individual and a resident of the State of Florida whom resides at 9271 SW 16 Street, Miami, Florida 33165.

4.  Plaintiff Alexis Fernandez is an individual and a resident of the State of Florida whom resides at 8801 SW 107 Street, Miami, Florida 33176.

5.  Plaintiffs are informed and believe, and thereupon allege, that Defendant Arashi is a Chinese Company with its principle place of business Room 031, Floor 2, Block B, Logan Century Building, Hai Xiu Road, Bao'an District, Shenzhen, Guangdong, China 5181000.

6.  Upon information and belief, Defendant has substantial contacts and/or transacts substantial business, either directly or through its agents, on an ongoing basis in this judicial district and elsewhere in the United States.

7.  Unless specifically states otherwise, the acts complained of herein were committed by, on behalf of, and/or for the benefit of the Defendant.

## III.
## JURISDICTION AND VENUE

8.  This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq.*, including 35 U.S.C. §271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), because it is a civil action arising under the Patent Act of 1952 (Federal Question).

9.  This Court has personal jurisdiction over the Defendant because it has substantial contacts and /or conducts business in the State of Florida and in this judicial district, and has been infringing claims of the asserted Patent in Florida and elsewhere. This Court also has personal jurisdiction over the Defendant because Defendant has committed a

tortious act causing injury in Florida, namely, one or more of the acts of patent infringement alleged herein.

10. Additionally, This Court has personal jurisdiction over Defendant because Arashi has purposefully placed infringing products in the stream of commerce through its established distribution channels, knowing that the infringing products were likely to be distributed and sold in Florida, and thus, its conduct and connections with Florida are such that it should have reasonably anticipated being brought into this Court.

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 (b), 1391(c), 1391(d) and/or 1400(b) because of substantial part of the events giving rise to Plaintiffs' claims occurred in the Southern District of Florida and because the Defendant is subject to personal jurisdiction in the Southern District.

## IV.
## THE PATENT IN SUIT

12. On November 6, 2018, the 918 Patent, titled SYSTEM FOR PRODUCING 360 DEGREE MEDIA, was duly and legally issued by the United States Patent and Trademark Office to the named inventors, Maurizio Sole Festa and Alexis Fernandez, after a full and fair examination. A true and correct copy of the 918 Patent is attached as Exhibit "A" to this Complaint.

13. The 918 Patent is enforceable.

14. Plaintiffs' are the owners of all rights, title, and interest in and to the asserted Patent, including the right to assert all causes of action arising under the asserted Patent and all rights to any remedies for infringement.

15. Plaintiffs have complied with the requirements of 35 U.S.C. § 287 (a), see Exhibit "B".

## V.
## DEFENDANT'S ACTS INFRINGEMENT

16. Plaintiffs are informed and believe, and thereupon allege, that Arashi has made, used, sold, imported and/or offered for sale, and/or continue to make, use, sell, import and/or offer for sale, phone accessory products that enable smartphones to capture 360 degree media by applying a front and a rear camera lens to produce 360 degree media via a software user interface. Upon information and belief these infringing products include, but are not limited to, phone accessory devices such as devices sold under the product/trademark name Panoclip and Panoclip Lite amongst others (the "Accused Products"), see Exhibit "C".

17. Plaintiffs are informed and believe, and thereupon allege, that Arashi has made, used, sold, imported and/or offered for sale, and/or continues to make, use, sell, import and/or offer for sale, products in the United States that fall within the scope of one or more claims asserted in the Patent. Claim 1 recites:

> A system for producing 360 degree media comprising:
>
> an adapter comprising a frame comprising a front side and a rear side forming a channel in between, a front lens comprising a first wide angle lens and a first afocal lens, and a rear lens comprising a second wide angle lens and a second afocal lens, wherein the front lens is secured to the front side and faces in a first direction and the rear lens is secured to the rear side and faces in a second direction, wherein the first direction is opposite the second direction, and a computer comprising a processor, a memory, a user interface, a front camera comprising a front camera lens, and a rear camera comprising a rear camera lens, wherein the channel of the

adapter fits over and releasably secures to a portion of the computer so that the front lens covers the front camera lens, and the rear lens covers the rear camera lens, wherein the front lens and the rear lens expand a capturable field of view of the front camera and the rear camera, wherein the processor receives a first captured image from the front camera and a second captured image from the second camera; and merges the first captured image with the second captured image to produce a 360 degree media.

18. Without license or authorization, Defendant's making, use, sale, offer for sale, and/or importation of the Accused Products in the United States constitute acts of direct infringement of the asserted Patent.

19. As a result of Defendant's infringement of the Asserted Patent, Plaintiffs are entitled to recover monetary damages under 35 U.S.C. § 284 in an amount to be proven at trial, but in no event less than a reasonable royalty to compensate for Defendants' infringements, together with interest and costs as fixed by the Court.

## VI.
## CLAIM FOR RELIEF
### (Infringement of U.S. Patent No. 10/122,918 under
### 35 U.S.C. § 271, *et seq.)*

20. Plaintiffs incorporate by reference and reallege paragraphs 1 through 19 above as if fully set forth here.

21. Plaintiffs are informed and believe, and thereupon allege, that the Defendant has infringed and continues to infringe the 918 Patent literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing one or more of the Accused Products in this district and elsewhere in the United States. Upon

information and belief, the Defendant has and continues to infringe the 918 Patent directly or through intermediaries.

## VII.
## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs ask this Court to enter judgment in their favor against Defendant and grant the following relief:

A. An adjudication that Defendant has infringed the 918 Patent;

B. An accounting of all damages sustained by Plaintiffs as a result of Defendant's acts of infringement of the 918 Patent;

C. An award to Plaintiffs of actual damages adequate to compensate Plaintiffs for Defendant's acts of patent infringement, together with costs, expenses, prejudgment and post judgment interests as provided under 35 U.S.C. § 284; and

D. Any further relief that this Court deems just and proper.

## VIII.
## JURY DEMAND

Plaintiffs Maurizio Sole Festa and Alexis Fernandez request a jury trial on all issues triable to a jury in this matter.

## IX.
## VERIFICATION

We have read the factual allegations contained in the foregoing Complaint and we declare under penalty of perjury under the law of the United States of America that these factual allegations are true and correct, and for those allegations that are based upon information and belief, we believe those to be true and correct.

Dated: 02/22/2019

By: _____
Maurizio Sole Festa

Dated: 02/22/2019

By: _____
Alexis Fernandez

Dated: 01/22/2019

Respectfully submitted,

s/Ruben Alcoba
Ruben Alcoba, Esq
FL Bar No 169160
alcoba@alcobalaw.com
3399 NW 72 Avenue, Ste. 211
Miami, Florida 33122
Tel. 305.362.8118
Facsimile. 305.436.7429

s/Juliet M. Alcoba
Juliet M.  Alcoba, Esq
FL Bar No 95502
jalcoba@alcobalaw.com
3399 NW 72 Avenue, Ste. 211
Miami, Florida 33122
Tel. 305.362.8118
Facsimile. 305.436.7429

*Attorneys for the Plaintiffs*
*Maurizio Sole Festa and*
*Alexis Fernandez*

EXHIBIT "A"

US010122918B2

(12) **United States Patent**
Festa et al.

(10) Patent No.:  **US 10,122,918 B2**
(45) Date of Patent:  **Nov. 6, 2018**

(54) **SYSTEM FOR PRODUCING 360 DEGREE MEDIA**

(71) Applicants:**Maurizio Sole Festa**, Miami, FL (US);
**Alexis Fernandez**, Miami, FL (US)

(72) Inventors: **Maurizio Sole Festa**, Miami, FL (US);
**Alexis Fernandez**, Miami, FL (US)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 43 days.

(21) Appl. No.: 15/183,941

(22) Filed: **Jun. 16, 2016**

(65) **Prior Publication Data**

US 2017/0366748 A1    Dec. 21, 2017

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 5/232* | (2006.01) |
| *G02B 13/06* | (2006.01) |
| *H04M 1/02* | (2006.01) |
| *H04N 5/225* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *H04N 5/23238* (2013.01); *G02B 13/06* (2013.01); *H04M 1/0254* (2013.01); *H04M 1/0264* (2013.01); *H04N 5/2252* (2013.01); *H04N 5/2254* (2013.01); *H04N 5/23216* (2013.01); *H04N 5/23293* (2013.01); *H04M 2250/52* (2013.01)

(58) **Field of Classification Search**
CPC ............. H04N 5/23238; H04N 5/2252; H04N 5/2254; H04N 5/23216; H04N 5/23293; H04M 1/0254; H04M 1/0264; H04M 2250/52; G02B 13/06
USPC ....... 348/38, 36, 39, 47, 48, 49, 50, 52, 54, 348/153, 158, 159, 207.1, 207.11, 208.1, 348/208.11, 224.1, 231.99, 231.9, 335, 348/341, 344, 360, 369, 373, 374, 376, 348/552, 564, 567, 714, 716, 719, 785, 348/831, 838; 359/366, 618, 725, 778, 359/805, 808, 810, 813, 819
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,453,517 B2 * | 11/2008 | Fujimoto | H04N 5/2253 348/374 |
| 8,730,299 B1 * | 5/2014 | Kozko | H04N 5/2254 348/38 |
| 9,007,431 B1 * | 4/2015 | Kozko | H04N 5/2254 348/38 |
| 9,335,509 B2 * | 5/2016 | O'Neill | G02B 7/14 |
| 2006/0109567 A1 * | 5/2006 | Chen | G02B 13/0065 359/696 |
| 2008/0019684 A1 * | 1/2008 | Shyu | G03B 17/245 396/332 |
| 2009/0002664 A1 * | 1/2009 | Tanitsu | G02B 3/0062 355/67 |
| 2009/0009650 A1 * | 1/2009 | Liu | G02B 13/0055 348/340 |
| 2012/0044368 A1 * | 2/2012 | Lin | G02B 27/646 348/208.2 |

(Continued)

*Primary Examiner* — Michael Lee

(57)                    **ABSTRACT**

A system for producing a 360 degree media is provided. The system includes an adapter and a computer having a front camera facing in a first direction and a rear camera facing in a second direction. The first direction and the second direction are opposite one another. The adapter includes a front lens facing in the first direction and a rear lens facing in the second direction when the adapter is releasably attached to the computer. The front lens and the rear lens expand a capturable image of the front camera and the rear camera so that the computer may capture and produce the 360 degree media.

**6 Claims, 4 Drawing Sheets**



**US 10,122,918 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 2012/0206565 | A1 * | 8/2012 | Villmer | H04N 5/23238 |
| | | | | 348/36 |
| 2013/0093858 | A1 * | 4/2013 | Lee | G02B 27/283 |
| | | | | 348/49 |
| 2013/0120602 | A1 * | 5/2013 | Huang | H04M 1/72522 |
| | | | | 348/218.1 |
| 2013/0188943 | A1 * | 7/2013 | Wu | G03B 17/17 |
| | | | | 396/419 |
| 2014/0055624 | A1 * | 2/2014 | Gaines | H04N 5/2254 |
| | | | | 348/207.1 |
| 2014/0218587 | A1 * | 8/2014 | Shah | G03B 5/00 |
| | | | | 348/340 |
| 2016/0234442 | A1 * | 8/2016 | Pylkkanen | G03B 17/02 |
| 2017/0075092 | A1 * | 3/2017 | Kim | G02B 13/06 |

* cited by examiner

FIG.1



FIG.2

FIG.3



FIG.4

FIG.5

FIG.6



FIG.7



FIG.8

**U.S. Patent**     Nov. 6, 2018     **Sheet 4 of 4**     **US 10,122,918 B2**



FIG.9

US 10,122,918 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**SYSTEM FOR PRODUCING 360 DEGREE MEDIA**

DETAILED DESCRIPTION OF THE INVENTION

BACKGROUND OF THE INVENTION

The present invention relates to a system for producing 360 degree media and, more particularly, to an adapter and software that allows a smart device to capture and share 360 degree media.

Current smart phones cannot capture 360-degree spherical media content without the use of external wirelessly connected camera devices or special built in hardware that could limit device standard media capturing capabilities.

As can be seen, there is a need for an adapter and software that allows a smart device to capture 360 degree media.

SUMMARY OF THE INVENTION

In one aspect of the present invention, a system for producing 360 degree media comprises: an adapter comprising a front lens facing in a first direction and a rear lens facing in a second direction, wherein the first direction is opposite the second direction, and a computer comprising a processor, a memory, a user interface, a front camera, and a rear camera, wherein the adapter is releasably secured to the computer so that the front lens aligns with the front camera, and the rear lens aligns with the rear camera, wherein the front lens and the rear lens expand a capturable image of the front camera and the rear camera, wherein the processor receives a first captured image from the front camera and a second captured image from the second camera; and merges the first captured image with the second captured image to produce a 360 degree media.

In another aspect of the present invention, a smart phone adapter comprises: a frame comprising a front side and a rear side forming a channel in between, wherein the channel is sized to fit over a portion of and releasably secure to a smart phone; a front lens secured to the front side and facing in a first direction and a rear lens secured to the rear side and facing in a second direction, wherein the first direction is opposite the second direction, wherein the front lens and the rear lens are each a wide angle lens.

These and other features, aspects and advantages of the present invention will become better understood with reference to the following drawings, description and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic view of an embodiment of the present invention;

FIG. **2** is a perspective view of an embodiment of the present invention shown in use;

FIG. **3** is a perspective view illustrating the present invention removed from a smart phone;

FIG. **4** is a front perspective view of an embodiment of the present invention;

FIG. **5** is a back perspective view of an embodiment of the present invention;

FIG. **6** is an exploded view of an embodiment of the present invention;

FIG. **7** is a section view of an embodiment of the present invention taken along **7-7** in FIG. **2**;

FIG. **8** is a section view of an embodiment of the present invention taken along **8-8** in FIG. **2**; and

FIG. **9** is a flow chart of how to use an embodiment of the present invention.

The following detailed description is of the best currently contemplated modes of carrying out exemplary embodiments of the invention. The description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating the general principles of the invention, since the scope of the invention is best defined by the appended claims.

The present invention includes at least one computer with a user interface. The computer may include any computer including, but not limited to, a desktop, laptop, and smart device, such as, a tablet and smart phone. The computer includes a program product including a machine-readable program code for causing, when executed, the computer to perform steps. The program product may include software which may either be loaded onto the computer or accessed by the computer. The loaded software may include an application on a smart device. The software may be accessed by the computer using a web browser. The computer may access the software via the web browser using the internet, extranet, intranet, host server, internet cloud and the like.

The present invention includes a universal lens adapter and software application to capture and share 360 degree media contents with any smart phone make or model. The present invention uses special software application in combination with special hardware adjustable afocal lens attachment and wide angle lens adapters. The front field and rear field cameras captured frames are adjusted and merged together to be rendered into 360 spherical media contents easily in one click.

The present invention aims to enable any smart phones to capture 360-degree spherical media contents with the use of a special software application in combination with special hardware adjustable afocal lens attachment and wide angle lens adapters. Using a smart phone equipped with front and rear cameras, an adapter is placed to correctly position an adjustable afocal lens attachment and wide angle lens system. Using a smart phone z/y adjustment mechanism, adjustable afocal lens attachment and wide angle lens are aligned by a user to match the original smart phone camera lenses z and y axis. Through the adapter, x-adjustment mechanism adjusts focal distance and lens position along the x axis. The afocal lens attachment and wide angle lens system expands the smart phones front and rear field of views. The front and rear field of view is expanded to 185 degrees horizontally and vertically or to a wider angle to allow overlapping and merging into a 360 spherical media.

Synthesized media is rendered and saved into a 360 degree spherical media format. The saved files may be compiled with metadata including geo-positioning and orientation of media contents and prepared to be shared with other users within the application but also with users on a social network. The application allows for users to add comments to 360 degree generated media. The application may allow for 360 degree media contents to be viewed through the user interface viewing feed. The application may allow for content to be viewed in screen mode or virtual reality mode. In screen mode the generated media can be browsed by user by controlling the video with their fingers. In virtual reality mode contents can be viewed with the use of a virtual reality headset.

Referring to FIGS. **1** through **9**, the present invention includes a system for producing a 360 degree media. The system includes an adapter **10** and a computer **28** having a front camera **30** facing in a first direction and a rear camera

US 10,122,918 B2

3

32 facing in a second direction. The first direction and the second direction are opposite one another. The adapter **10** includes a front lens **12** facing in the first direction and a rear lens **14** facing in the second direction when the adapter **10** is releasably attached to the computer **28**. The front lens **12** and the rear lens **14** expand a capturable field of view of the front camera **30** and the rear camera **32** so that the computer **28** may capture and produce the 360 degree media. The computer **28** may be a smart phone or other type of smart device.

The adapter **10** of the present invention may include a frame having a front side and a rear side. The front side may include a front lens opening **24** and a speaker opening **18**. The front lens **12** is secured within the front lens opening **24**. The speaker opening **18** aligns with a front speaker of the smart phone. The rear side may include a rear lens opening **26**, a flash opening **20**, and a speaker opening **22**. The rear lens **14** is secured within the rear lens opening **26**. The speaker opening **18** aligns with a front speaker and the flash opening **20** aligns with the flash of the smart phone.

The front lens **12** and the rear lens **14** of the adapter **10** may each include a wide angle lens that provides a viewing angle of 180 degrees or higher in at least a horizontal direction. The wide angle lens includes a lens whose focal length is substantially smaller than the focal length of a normal lens which allows more of the scene to be included. The wide angle focal length may have variable range. The wide angle lens viewing angle is substantially larger than a viewing angle of the front camera **30** and the rear camera **32** of computer **28**. Therefore, the front lens **12** and the rear lens **14** increases the capturable field of view of the front and rear cameras **30**, **32** along at least the x axis. The front lens **12** and the rear lens **14** allow the front camera **32** and the rear camera **32** to each capture more than 180 degrees, such as about 185 degrees or more of imagery.

In certain embodiments, the wide angle lens may be an ultra wide angle lens. The ultra wide angle lens creating a wide panoramic or hemispherical image. The ultra wide angle lens may have a variable focal length and captures more than a 180 degrees of field of view. The ultra wide angle lens may include a convex outer surface.

The front lens **12** and the rear lens **14** may each further include an afocal lens. An afocal lens is an optical lens that produces no net convergence or divergence of the beam, i.e. has an infinite effective focal length. This type of system can be created with a pair of optical elements where the distance between the elements is equal to the sum of each element's focal length. The afocal lens automatically adjusts to the focus of the camera lenses of the computer **28**.

The computer **28** of the present invention may include a processor, a memory and a user interface. In certain embodiments, the computer **28** may include a smart phone with a microprocessor, and a touch screen interface **16**. Software, such as an application, may run on the smart device. The software is used to adjust and merge the images captured by the front and rear camera **30**, **32**. Using the software, a user **34** may press a button on the touch screen interface **16** to capture an image via the front camera **30** and the rear camera **32**. The software may direct the processor to merge the first captured image with the second captured image to produce the 360 degree media.

Because each smart phone model uses different camera sensors and camera optics combination, the application may first request that the user **34** tunes the adaptor **10** with the cameras **30**, **32** to prepare the system before producing the 360 degree media. During the initial tuning step, the user **34** controls and adjusts tuning parameters through the user

4

interface. Tuning may be a onetime process that is performed so that field of view images are perfectly aligned and ready to be merged seamlessly.

To perform the tuning process on the smart phone, semi spherical images from camera **30**, **32** are displayed to the user **34**. The user interface on the application shows a merging boundaries outline over imposed to the front and rear images. The user **34** can zoom in and out to adjust the boundaries between the front and rear images. The application may detect the best alignment and notify the user **34** when the tuning is complete. The preset tune may be saved on the memory of the smart phone. Additionally, parametric blurring, color correction, gamma, exposure, contrast and tone coefficient values can be adjusted during tuning phase to help reach best blending results within merging frame areas.

Once tuning has been completed, the user interface may prompt the user **34** to capture images via a capture button. A preview of the images are displayed onto the screen 16 of the user interface. The user **34** may select the capture button to capture the images. Once the images have been captured, the process merges the images to form the 360 spherical media, which may be saved to the memory. The merging process may include the following. The images may be de-warped, i.e. changed in shape from circular to rectangular. The first captured image is split, aligned and merged to the second captured image. For example, the first captured image is adjusted to include a 180 degree view and the second captured image is adjusted to include a 180 degree view not within the first captured image. The first and second captured images are merged into the 360 degree media. The 360 degree spherical media is then synthesized into an equirectangular spherical projection. The 360 degree media may be in the form of a still image or a video (moving) image.

The computer-based data processing system and method described above is for purposes of example only, and may be implemented in any type of computer system or programming or processing environment, or in a computer program, alone or in conjunction with hardware. The present invention may also be implemented in software stored on a computer-readable medium and executed as a computer program on a general purpose or special purpose computer. For clarity, only those aspects of the system germane to the invention are described, and product details well known in the art are omitted. For the same reason, the computer hardware is not described in further detail. It should thus be understood that the invention is not limited to any specific computer language, program, or computer. It is further contemplated that the present invention may be run on a stand-alone computer system, or may be run from a server computer system that can be accessed by a plurality of client computer systems interconnected over an intranet network, or that is accessible to clients over the Internet. In addition, many embodiments of the present invention have application to a wide range of industries. To the extent the present application discloses a system, the method implemented by that system, as well as software stored on a computer-readable medium and executed as a computer program to perform the method on a general purpose or special purpose computer, are within the scope of the present invention. Further, to the extent the present application discloses a method, a system of apparatuses configured to implement the method are within the scope of the present invention.

It should be understood, of course, that the foregoing relates to exemplary embodiments of the invention and that

US 10,122,918 B2

5

modifications may be made without departing from the spirit and scope of the invention as set forth in the following claims.

What is claimed is:

1. A system for producing 360 degree media comprising:
an adapter comprising a frame comprising a front side and a rear side forming a channel in between, a front lens comprising a first wide angle lens and a first afocal lens, and a rear lens comprising a second wide angle lens and a second afocal lens, wherein the front lens is secured to the front side and faces in a first direction and the rear lens is secured to the rear side and faces in a second direction, wherein the first direction is opposite the second direction, and
a computer comprising a processor, a memory, a user interface, a front camera comprising a front camera lens, and a rear camera comprising a rear camera lens, wherein the channel of the adapter fits over and releasably secures to a portion of the computer so that the front lens covers the front camera lens, and the rear lens covers the rear camera lens, wherein the front lens and the rear lens expand a capturable field of view of the front camera and the rear camera, wherein the processor

6

receives a first captured image from the front camera and a second captured image from the second camera; and
merges the first captured image with the second captured image to produce a 360 degree media.

2. The system of claim 1, wherein the front lens and the rear lens each comprise a convex outer surface.

3. The system of claim 1, wherein the front lens and the rear lens allow the front camera and the rear camera to each capture more than about 180 degrees of imagery.

4. The system of claim 1, wherein the processor
adjusts the first captured image to comprise a 180 degree view;
adjusts the second capture image to comprise a 180 degree view not within the first captured image; and
merges the first captured image with the second captured image to form the 360 degree view.

5. The system of claim 1, wherein the computer is a smart phone.

6. The system of claim 1, wherein the first captured image and the second captured image comprise a still image or a video image.

*     *     *     *     *

# Exhibit "B"

Notice Sent to Defendant on November 20, 2019



**ALCOBA LAW**

3399 N.W. 72nd Avenue
Suite 211
Miami, Florida 33122

Ruben Y. Alcoba, Esq. (Registered Patent Attorney)
Juliet M. Alcoba, Esq.

Phone: 305.362.8118
Facsimile: 305.436.7429
Websites: www.miamipatents.com
www.alcobalaw.com

November 20, 2018

**Sent via e-mail:** dangpengfei@arashivision.com
**e-mail:** dangpengfei@arashivision.com

Eric Deng
Shenzhen Arashi Vision Company Ltd.
China Rm A601, 6/F Bldg A., Logan Century Center
23 Haixiu Rd, Bao'An Dist.
Shenzhen City Guangdong Province
China 518000

        Re: PANOCLIP
        Our File No. 10302018002

To whom it may concern:

        We represent Inventors Maurizio Sole Festa, Alexis Fernandez, (collectively "The Inventors") and VYU360 LLC ("VYU360") in the enforcement of their intellectual property rights. You may be unaware you are infringing upon the Inventors and VYU360's intellectual property rights.  The inventors sent you an email October 8, 2018 which you expressly ignored.

        We hope you can ease our concerns and explain the extent of your offering, selling, sales, and importation of Computer peripheral devices; downloadable computer software applications for panoramic imaging technology, 360-degree video, and virtual reality; Camcorders; Tripods for cameras; Cameras; Photographic cameras; Stands for photographic apparatus; Cases especially made for photographic apparatus and instruments; Batteries; Photographic transparencies; Thermal imaging cameras; Webcams; Flashlights for use in photography; Photographic filters; photograph apparatus or accessories, namely, bags, adapters, hand-held selfie sticks, tripods, camera protective covers, cradles, housing, accessories adapters; Lenses for cameras; Wide-angle lenses for cameras. *See* U.S. Application Serial No. 87839177. Your company is listed as the owner of the pending federal trademark application for PANOCLIP. The product line identified in the application requires software to enable functionality of the products listed which infringes upon our clients valid and soon to be registered patent.

1

You promote the infringing product on https://en.panoclip.com/ and on various social media platforms like Facebook®. This is of grave concern because infringing technology is required to operate the PANOCLIP product line. This technology is owned by the Inventors who will be receiving their patent registration certificate any day. Enclosed you shall find a copy of the United States Patent Application No. US/2017/0366748 AI.  If you have been approached by distributors seeking to facilitate your penetration in United States commerce, we urge you to proceed with caution for the PANOCLIP product line expressly infringes upon our clients' patent rights.

The PANOCLIP product line is diverting traffic from VYU360's own product line bearing the VYU360 logo which is registered with the United States Patent and Trademark Office, *see* U.S. Registration No. 5,206,232 for use with cases for mobile phones; video cameras; cameras; lenses for cameras; downloadable mobile applications for operating the cameras of a mobile device, photograph and video editing, and sharing for social media purposes; computer software for operating the cameras of a mobile device, photograph and video editing, and sharing for social media purposes; computer cameras; panoramic lenses for cameras; cellular phones; panoramic camera.  Our client contacted Apple® and informed Apple® all applications downloaded by PANOCLIP customers are infringing the Inventors proprietary technology. Apple® proceeded to take down software that was infringing upon rights. Unbelievably, you have proceeded to upload content on your website to educate your site visitors who have purchased your unauthorized and infringing product on how to subvert the Apple® take down of the infringing software.  We have notified Apple® of your bad faith actions. We demand that you refrain from further distributing and selling PANOCLIP products in the United States to prevent aggravating this very serious situation.

**We estimate you have imported 500,000 – 1,000,000 units bearing the PANOCLIP mark which infringes upon our patented technology. Customs has been informed and will be scrutinizing the products imported by you and your affiliates. You have amped up your inventory in the United States to take advantage of the holiday season, specifically Black Friday.  You sell the Panoclip units for $49.99.  We are aware that the cost to you to have each individual unit produced is approximately $6.00.  At a minimum, you owe us $43.99 for each infringing unit sold in the United States.**

Our clients have received both domestic and international exposure having pitched their technology and product line through multiple Kickstarter campaigns in addition to promoting and publicizing their technology and trademark in other mediums since at least June 2016. *See Exhibit* Kickstarter Campaigns.  We know you have acted in the capacity as seller of the infringing products because:

1) the PANOCLIP products are advertised on your website;
2) payment is made directly to you;
3) you issue the invoices and if orders are made online, you provide tracking information;
4) you are responsible for shipping the products in packaging displaying your trademarks and tradename;

2

5) you are identified as a carrier of PANOCLIP products on the www.panoclip.com website.
6) You directed and instructed visitors of your website to download the infringing software from the iPhone App Store®.
7) Following the takedown of the App from the iPhone App Store® you gave detailed instructions on how to subvert the take down.

This conduct will not be looked upon favorably by U.S. Courts. Your unfair trade practices and complete disregard of our clients' patent rights will subject you to treble damages

The Inventors are entitled to recover damages adequate to compensate for your infringement, but in no event less than a reasonable royalty for the use made of the invention by you, together with interests and costs as determined by the court.

The Inventors and VYU360 demand you immediately:

i.    provide an accounting of all sales related to the PANOCLIP product lines in the United States which have infringed upon the Inventors proprietary technology;
ii.   provide an accounting of all sales related to the PANOCLIP product lines in the United States which have infringed upon the Inventors proprietary technology;
iii.  produce all documents identifying the location of sales made;
iv.   produce all documents identifying the location of all downloads made;
v.    produce all bill of lading and customs documents received identifying the infringing products;
vi.   produce all documents identifying the number of downloads made;
vii.  You, individually, and in your capacity as an officer of the company agree if requested by us, to stipulate to any subsequent written agreement and/or injunction barring your usage of the proprietary technology owned by the Inventors;
viii. Remit payment of a reasonable royalty which will be determined following your production of the requested documents.

All documents, evidence, and information relating to your offering to sell, sale, and importation of PANOCLIP products and downloads must be preserved to prevent the spoliation of the same. In light of the gravity of this matter, we require written assurances that you will begin compiling the requested information on or before November 27, 2018 and produce the documents to enable an amicable resolution outside of court.

Respectfully yours,

s/Juliet Alcoba/
Juliet Alcoba
*On behalf of the Firm*
*Alcoba Law Group*
(305)362-8118
jalcoba@alcobalaw.com

3

# Exhibit "C"

Images of Products Purchased in South Florida



