UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-20711-Civ-COOKE/GOODMAN

MAURIZIO SOLE FESTA, et al.,

    Plaintiffs,

vs.

SHENZHEN ARASHI VISION
COMPANY LTD.,

    Defendant.

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Shenzhen Arashi Vision Company, Ltd., by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and with the consent of Plaintiffs, files this motion for a 30-day extension of time for Defendant to answer, move, or otherwise respond to the Plaintiffs' Complaint dated February 23, 2019 ("the Complaint") (Dkt. No. 1).

In support of this Consent Motion, Defendant submits that: (i) it received a copy of the Summons and the Complaint in Shenzhen, China on October 10, 2019; (ii) Defendant's response to the Complaint is currently due on October 31, 2019; (iii) the time for Defendant to answer, move, or otherwise respond to the Complaint has not expired; and (iv) counsel for the parties have conferred, and Plaintiffs consent to the extension of the period in which Defendant may file its answer, motions, or other responses to the Complaint through and including November 29, 2019.

Good cause exists for the requested extension, as Defendant retained lead and local counsel earlier this week. Defendant therefore requires additional time to assess the patent infringement claims set forth in Plaintiffs' Complaint and the potential defenses thereto, and to prepare and file responsive pleadings to the same, if necessary. The parties also intend to discuss a potential settlement during the requested extension.

Accordingly, Defendant, with the Plaintiffs' consent, respectfully requests that the Court enter an Order extending the time in which it must serve its answer, motions, or other responses to the Complaint through and including November 29, 2019. A proposed order granting this Motion is attached for the Court's convenience.

## Rule 7.1(a) CERTIFICATION

The undersigned certifies that counsel for Defendant Shenzhen Arashi Vision Company, Ltd. conferred with counsel for Plaintiffs Maurizio Sole Festa and Alexis Fernandez, who consent to and have no objection to the requested extension.

Dated:  October 31, 2019

Respectfully submitted,

*s/ Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 015698
E-Mail: rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL  32801
Telephone:    (407) 841-2330
Facsimile:    (407) 841-2343


Robert H. Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131
Telephone:    (305) 374-8303
Facsimile:    (305) 374-8306

Attorneys for Defendant
Shenzhen Arashi Vision Company, Ltd.

Of counsel (*pro hac vice* applications to be filed):

Eric G. Maurer
Georgia Bar No. 478199
eric.maurer@thomashorstemeyer.com
Scott P. Amy
Georgia Bar No. 141416
scott.amy@thomashorstemeyer.com
THOMAS | HORSTEMEYER LLP
3200 Windy Hill Road SE
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933

*Attorneys for Defendant Shenzhen Arashi Vision Company, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on I have this day electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 31st day of October, 2019.

Respectfully submitted,

*/s/Ryan T. Santurri*
Ryan T. Santurri